UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Richard Berger,

        Plaintiff,

        -against-

Enhanced Recovery Company, LLC.

        Defendant.
-------------------------------------------------------X

Index No. 13-CV-03983 (VB)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard Berger, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Enhanced Recovery Company, LLC.

Dated: August 6, 2013
       New York, New York

                        **FREDRICK SCHULMAN & ASSOCIATES**

                        BY: _____

                        FREDRICK SCHULMAN, Esq. (FS2664)
                        Fredrick Schulman & Associates
                        30 East 29th Street
                        New York, New York 10016
                        P: 212-796-6053
                        F: 212-951-7379
                        Attorneys for Plaintiff

SO-ORDERED:

_____
Hon. Vincent L. Briccetti, U.S.D.J.

Dated: August 6, 2013
       White Plains, N.Y.